# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0589
Lower Tribunal No. 2005-DR-021120-O

_____

JAMES WALTER HINSLEY,

Appellant,

v.

REBECCA JO HINSLEY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Deen, Judge.

October 28, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando, for Appellant.

Nicholas A. Shannin and Carol B. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED